```
 1                    UNITED STATES DISTRICT COURT
 2                   EASTERN DISTRICT OF WASHINGTON
 3
 4   JEFF LUBLIN, et al.,
 5                 Plaintiffs,
                                        No. CV-07-3007-FVS
 6
              v.
 7                                      ORDER
 8   YARTO INTERNATIONAL GROUP, L.P.,
     et al.,
 9
                   Defendants.
10
```

**THIS MATTER** have come before the Court based upon the plaintiffs' motion for preliminary injunctive relief; Now, therefore

**IT IS HEREBY ORDERED**:

The plaintiffs' motion for a temporary restraining order (**Ct. Rec. 2**) is granted in part.  The parties are to submit a stipulated order to the Court by noon on February 12, 2007.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___9th___ day of February, 2007.

                              s/Fred Van Sickle
                               Fred Van Sickle
                        United States District Judge

ORDER- 1