UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

JEFF LUBLIN, et al.,

        Plaintiffs,

    v.

YARTO INTERNATIONAL GROUP, L.P., et al.,

        Defendants.

No. CV-07-3007-FVS

ORDER

**THIS MATTER** have come before the Court based upon the plaintiffs' motion for preliminary injunctive relief; Now, therefore

**IT IS HEREBY ORDERED:**

The plaintiffs' motion for a temporary restraining order (**Ct. Rec. 2**) is granted in part. The parties are to submit a stipulated order to the Court by noon on February 12, 2007.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___9th___ day of February, 2007.

                                 s/Fred Van Sickle
                                  Fred Van Sickle
                        United States District Judge

ORDER- 1